Xavier Lumar J'Weial #NCC1-308 / 708643
Name and Prisoner/Booking Number

Mule Creek State Prison
Place of Confinement

P.O. Box 409 60
Mailing Address

Ione California [near 95640]
City, State, Zip Code

**FILED**
Sep 15, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Xavier Lumar J'Weial,
(Full Name of Plaintiff)   Plaintiff,

v.

(1) County of Amador et. Al.
(Full Name of Defendant)

(2) additional defendants on

(3) pg 1 A attachment

(4) _____
Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.
ALL SUED IN OFFICIAL AND INDIVIDUAL CAPACITY.

CASE NO. 2:17-cv-1937 AC (PC)
(To be supplied by the Clerk)

"JURY TRIAL DEMANDED"

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: M.C.S.P. Ione California [near 95640]

# Additional Defendants

| Defendant | Position | Institution |
|---|---|---|
| ① County of Amador | Amador County | MCSP |
| ② Imam Mohamad | religious leader | MCSP |
| ③ K. Borgi | Kitchen Supervisor | MCSP |
| ④ I. Rivera | S.C.C | MCSP |
| ⑤ R.C Lindsey | Kitchen Supervisor | MCSP |
| ⑥ Joe Lizarraga | Warden | MCSP |

"All defendants sued in their individual and official capacity"

(PG 1A Attachment)

## B. DEFENDANTS

1. Name of first Defendant: __IMAM MoHAMMD__. The first Defendant is employed as: __Muslim Religious Leader for Muslims__ at __Mule Creek State Prison__.
   (Position and Title)                                  (Institution)

2. Name of second Defendant: __K. Baresi__. The second Defendant is employed as: __Kitchen Superior Visior__ at __Mule Creek State Prison__.
   (Position and Title)                                  (Institution)

3. Name of third Defendant: __I. Rivera__. The third Defendant is employed as: __S.I.C.__ at __Mule Creek State Prison__.
   (Position and Title)                                  (Institution)

4. Name of fourth Defendant: __R.C. Lindsey__. The fourth Defendant is employed as: __Kitchen Superior Visior__ at __Mule Creek State Prison__.
   (Position and Title)                                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _First Amendment Ratified with the Bill of Rights in 1971, guaranting the Freedom of Speech, Religion ... and Petition._

2. Claim I. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☑ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   For the past 7 years I have been a willing participant under the Jewish Religion as a Messianic Jew. Part of upholding this practice includes things such as attending services, self enlightenment and the consumtion of special Jewish meals during Jewish Holidays called 'Passover'. CDCR Rules and Regulations as well as the title 15 provides for the approval as well as the resources to participate in this religious practice/ceremony. However, during the dates of April 10th through April 18th, 2017, defendant's Joe Lizarraga, Imam Mohamad, K. Borgi, I. Rivera and R.C Lindsey knowingly and intentionally denied me my Pesach Special meal (Religious Meal) during the Holy period (Passover). Other participants in the same Religious program recieved their special meals during the dates of April 10th - April 18th, 2017, But I was purposely singled out to recieve said special religious meal. Defendants Joe Lizarraga, Imam Mohamad, K. Borgi, I. Rivera and R.C Lindsey all have a policy, custom and usage of not allowing inmates freedom to exercise their respective religion. This policy, custom and usage often goes uninvestigated and/or unpunished allowing staff to continue this unconstitutional conduct knowing that they will not be punished for it.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Stomach pain from multiple days of going without eating due to upholding my religious dieting beliefs, loss of weight, nausea and emotional/mental anguish, lightheadedness & dizzyness.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _8th Amendment & 14th Amendment_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CDCR provides administrative remedies for inmates to use when addressing staff complaints, issues, procedures and/or any other situations that would have an adverse affect on a inmate, that are used when staff members of Mule Creek State Prison are found to be in violation of a code, statute, regulation or civil right. After I used said administrative remedy to address said staff violation, I became a victim of retaliation by defendants Imam Mohamad K. Borgi, I. Rivera and R.C. Lindsey by way of withholding religious meals from me causing me to go days without eating. I also was unable to provide myself with food from store because my inmate account balance at the time had no funds.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Stomach pain from multiple days without food, loss of weight, nausea and emotional/mental anguish, light headed & dizzyness.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _8th Amendment_

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Deliberate Indifference_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On the dates of April 10th 2017 – April 18th 2017 defendants County of Amador, Joe Izarraga, Imam Mohamad, K. Borg, I. Rivera and R.C. Lindsey knowingly and intentionally withheld food from me being fully aware that food is an essential part of human survival and that medical side effect could result from lack of no food such as light headedness, dizzy spells and stomach pains. All defendants named above have a custom, policy and usage of not providing inmates with their religous meals knowing they cannot eat the general population food. These policies of starving inmates routinely goes unpunished allowing staff to continue these unconstitutional violations knowing that they will not be punished.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Stomach pain from multiple days without food, loss of weight, nausea, emotional/mental anguish, light headedness & dizzyness.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1) Court ordered injunction ordering defendants to stop their unconstitutional acts
2) two hundred thousand dollars in compensatory damages
3) Eight hundred thousand in punitive damages
4) recovery of all costs in this civil suit
5) Any & all other remedies or relief this court deems just and equitable

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Sept 14th of 2017_
DATE

_[signature]_ H001-308
SIGNATURE OF PLAINTIFF

___N/A___
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

___N/A___
(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6