|  |  |
|---|---|
| XAVIER LUMAR J'WEIAL, | No. 2:17-cv-1937 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF AMADOR, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff filed both a motion to rescind the case and a motion to amend the complaint (ECF Nos. 9, 10), and was ordered to advise the court whether he wanted to dismiss the case or amend the complaint (ECF No. 11). Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 12. .

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to rescind the case (ECF No. 9) is deemed withdrawn.

2. Plaintiff's motion to amend the complaint (ECF No. 10) is granted.

3. Plaintiff shall have thirty days from the service of this order to file an amended complaint. If plaintiff fails to file an amended complaint, the court will proceed to screen the original complaint.

////

////

1

4. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

IT IS SO ORDERED.

DATED: March 12, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE