UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF AMADOR, et al.,<br><br>Defendants. | No.  2:17-cv-01937 MCE AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one.  ECF No. 21.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2020, ECF No. 21, are ADOPTED in full;

1

    2. Defendant Rivera is DISMISSED from this action; and

    3. The case shall proceed, without further amendment of the complaint, on (1) a First Amendment Free Exercise of Religion claim against defendants Borgi and Lindsey, and (2) a First Amendment Retaliation claim against defendants Borgi and Lindsey.

    IT IS SO ORDERED.

Dated:  September 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE