UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF AMADOR, et al.,<br><br>　　　　　Defendants. | No.  2:17-cv-1937 MCE AC P<br><br><br>ORDER |

　　　By order filed September 9, 2020, this case was referred to the Post-Screening ADR Project and the case was stayed for 120 days.  ECF No. 27.  A settlement conference was held on February 1, 2021, and the parties did not reach an agreement.  ECF No. 35.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.  The stay of this action, commenced September 9, 2020, ECF No. 27, is LIFTED.

　　　2.  Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: February 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE