UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF AMADOR, et al.,<br><br>　　　　　Defendants. | No.  2:17-cv-1937 MCE AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On September 7, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections thereto were to be filed within fourteen (14) days.  ECF No. 56.  Neither party has filed objections to the findings and recommendations.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　1. The findings and recommendations filed September 7, 2022 (ECF No. 56), are ADOPTED in full.

1

2.  Defendants' motion for summary judgment (ECF No. 40) is GRANTED.

3. Judgment is entered for defendants.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 16, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE